FILED

03/31/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0067

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0067

_____

MONTANA ENVIRONMENTAL
INFORMATION CENTER, and SIERRA CLUB,

      Petitioners and Appellees,

  v.

MONTANA DEPARTMENT OF
ENVIRONMENTAL QUALITY,

      Respondent and Appellant,

MONTANA BOARD OF ENVIRONMENTAL
REVIEW, WESTERN ENERGY CO., NATURAL
RESOURCE PARTNERS L.P.,
INTERNATIONAL  UNION OF OPERATING
ENGINEERS, LOCAL 400, and NORTHERN
CHEYENNE COAL MINERS ASSOCIATION,

      Respondents.

O R D E R

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure.  After reviewing the Appellant's opening brief filed on March 28, 2022, this Court has determined the brief does not comply with the Rules and must be resubmitted.

M. R. App. P. 11(4)(a) requires that an opening brief not exceed 10,000 words. On March 23, 2022, Appellant filed a motion for leave to file an overlength opening brief not to exceed 13,000 words.  Before the Court ruled on that motion, Appellant filed its opening brief on March 28, 2022.  Appellant's certificate of compliance certifies the opening brief is 12,865 words. Therefore,

IT IS ORDERED that the Appellant's motion for leave to file an overlength brief is DENIED at this time.

IT IS FURTHER ORDERED the referenced brief is rejected.

IT IS FURTHER ORDERED that the briefing schedule will resume in accordance with the schedule set forth in the Rules of Appellate Procedure upon entry of final judgment and notification to this Court in accordance with our March 30, 2022 Order.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
March 31 2022